NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**J.H. PARKER CONSTRUCTION COMPANY, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5033

---

Appeal from the United States Court of Federal Claims in case no. 07-CV-183, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Thomas W. Prewitt's motion for leave to withdraw as counsel for J.H. Parker Construction Company, Inc.,

IT IS ORDERED THAT:

(1) The motion is granted. Prewitt is directed to promptly provide a copy of this order to the appellant.

(2)  New counsel must enter an appearance on behalf of the appellant within 45 days of the date of filing of this order.  Prewitt's opening brief is due within 90 days of the date of filing of this order.

FOR THE COURT

__JUN 1 8 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas W. Prewitt, Esq.
Roger A. Hipp, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 8 2010

JAN HORBALY
CLERK